# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DARRELL JACKSON, an individual,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>LITTON LOAN SERVICING, a Corporation; NATIONAL DEFAULT SERVICING CORPORATION, a Corporation and DOES I through X inclusive,<br><br>　　　　　　　　Defendants. | Case No.:  2:10-cv-01520-KJD-RJJ<br><br>**ORDER EXPUNGING<br>LIS PENDENS** |

This matter having been brought before the Court on September 30, 2011 before the Honorable Kent J. Dawson, on Litton Loan Servicing LP's Motion to Dismiss (Doc. 7), the Court having read all the papers and pleadings on file herein, and for good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the particular Lis Pendens concerning the following described property situated in Clark County, Nevada:

Address: 1848 Longmeadow Street, Henderson, Nevada 89002

APN:   179-27-112-024

and recorded on the 30th day of July, 2010, Instrument No. 2010073000001863, in the Office of the County Recorder of Clark County, Nevada, is hereby expunged.

/ / /

/ / /

/ / /

Page 1 of 2

The Recorder of Clark County, Nevada is hereby directed to record this Order expunging Lis Pendens.

DATED this 30th day of September, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

KRAVITZ, SCHNITZER SLOANE & JOHNSON, CHTD.

  /S/ MELANIE D. MORGAN, ESQ.  
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: (702) 222-4149
mmorgan@kssattorneys.com
*Attorneys for Defendant*
*Litton Loan Servicing LP*