1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DARRELL JACKSON,

     Plaintiff,

v.

NATIONAL DEFAULT SERVICING
CORP., *et al*.,

     Defendants.

Case No. 2:10-CV-01520-KJD-GWF

**<u>ORDER</u>**

     Plaintiff's complaint was filed in Nevada state court on July 29, 2010.  Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be made upon a defendant 120 days after the filing of the complaint.  The 120 day time period for effecting service of the summons and complaint upon Defendant expired no later than November 29, 2010.  Plaintiff has not yet filed proof of service of the summons and complaint on the sole remaining defendant, National Default Servicing Corp.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff shall have up to and including October 18, 2011 to file proof of service of the summons and complaint within the allowed time.  If Plaintiff fails to respond or to file proof of service, the Court will dismiss the complaint against the remaining defendant without prejudice in accordance with Federal Rule of Civil Procedure 4(m).

     DATED this 5th day of October 2011.

_____
Kent J. Dawson
United States District Judge